# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC INC, as agent for BROADCAST MUSIC, LLC; SONY ATV SONGS LLC; DREAMWORKS MUSIC PUBLISHING LLC, doing business as SONGS OF DREAMWORKS; SPRINGTIME MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; and JACKABOY SONGS, <br><br> Plaintiffs, <br><br> v. <br><br> LBC RESTAURANT GROUP LLC, doing business as JADE; RODNEY FRONTINO, RICHARD BENNET; and DAVID SPARKS, <br><br> Defendants. | Case No. 2:25-cv-11100-SPG-KES <br><br> **JUDGMENT [JS-06]** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Broadcast Music, Inc. ("BMI"), for itself and on behalf of Plaintiffs Sony ATV Songs LC; Dreamworks Music Publishing LLC, d/b/a Songs of Dreamworks; Springtime Music, Inc.; EMI Blackwood Music, Inc.; and Jackaboy Songs

-1-

("Song Plaintiffs," together with BMI, "Plaintiffs"), against Defendants LBC Restaurant Group LLC, Rodney Frontino, Richard Bennett, and David Sparks ("Defendants").

1.    Plaintiffs shall recover from Defendants, jointly and severally, statutory damages in the amount of six thousand dollars ($6,000.00) for each of the four (4) musical compositions, for a total of $24,000.00, pursuant to 17 U.S.C. § 504(c)(1);

2.    Plaintiffs shall recover from Defendants, jointly and severally, $2,040.00 in attorneys' fees and $1,073.85 in costs;

3.    Plaintiffs shall recover from Defendants, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961; and

4.    This Court shall retain jurisdiction over this action for one year from the date of this judgment for the purpose of enforcing the judgment granted.

**IT IS SO ORDERED.**

DATED: May 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-